Scheindlin, S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 1/21/16

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

YEHUDA GUTTMAN, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

VISA, INC., MASTERCARD, INC., AMERICAN EXPRESS CREDIT CORPORATION, J.P. MORGAN CHASE & CO., MERRICK BANK CORPORATION, CAPITAL ONE BANK, PAYSAFECARD.COM USA, INC., VANTIV, INC., FANDUEL, INC., and DRAFTKINGS, INC., NATIONAL BASKETBALL ASSOCATION, INC., TURNER SPORTS, BULLPEN CAPITAL, COMCAST VENTURES, GOOGLE CAPITAL, HDS CAPITAL LLC, KOHLBERG KRAVIS ROBERTS(KKR) L.P., NBC SPORTS VENTURES LLC, PENTECH VENTURES LLP, PITON CAPITAL LLP, LEK CONSULTING LLC, SCOTTISH INVESTMENT BANK, SHAMROCK CAPITAL ADVISORS LLC, TIME WARNER, INC., d/b/a TIME WARNER INVESTMENTS, TUSK VENTURES, 21st CENTURY FOX, ATLAS VENTURES ASSOCIATES III, LLC, BDS CAPITAL MANAGEMENT LLC, DST GLOBAL, a/k/a DIGITAL SKY TECHNOLOGIES, FOX SPORTS INTERACTIVE MEDIA LLC, GGV CAPITAL, JASON ROBINS, HUB ANGELS MANAGEMENT LLC, JORDAN MENDELL, KRAFT GROUP, LEGENDS HOSPITALITY LLC, MSG SPORTS & ENTERTAINMENT LLC, MAJOR LEAGUE BASEBALL VENTURES, MAJOR LEAGUE SOCCER LLC, M7 TECH PARTNERS LLC, NHL ENTERPRISES, INC., NHL ENTERPRISES LP, REDPOINT VENTURES, THE RAINE GROUP LLC, WELLINGTON MANAGEMENT COMPANY LLC,, FANDUEL, INC., and DRAFTKINGS, INC.,

Defendants.

---------------------------------------------------------------X

**Civil Case No.: 15-cv-09084-SAS**

**NOTICE OF VOLUNTARY DISCONTINUANCE AS TO L.E.K. CONSULTING, LLC PURSUANT <u>TO F.R.C.P. 41(a)(1)(A)(i)</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Yehuda Guttman and/or his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, as against the Defendant L.E.K. Consulting, LLC.

Dated: New York, New York
January 20, 2016

By: NAPOLI SHKOLNIK PLLC

Annie E. Causey
1301 Avenue of the Americas, 10th Floor
New York, New York 10019
(212) 397-1000
acausey@napolilaw.com

*Attorneys for Plaintiff and the Putative Class*

**SO ORDERED:**

**U.S.D.J.**

1/21/16